IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs | ) | Case No. 3:09CR034(4) |
| | ) | |
| CHRISTOPHER A. CAMPBELL | ) | |
| | ) | |

### ORDER TERMINATING SUPERVISED RELEASE

The above named commenced Supervised Release on April 29, 2014. For good cause shown, it is hereby ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this 1 day of November 2017

United States District Court Judge